UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YOANDY M. FERNANDEZ,

    Plaintiff,

  v.

OAKMAN, et al.,

    Defendants.

Case No.: 3:24-cv-00551-ART-CLB

**ORDER**

On December 3, 2024, pro se plaintiff Yoandy Fernandez, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 along with exhibits. (ECF Nos. 1-1, 1-2). But Plaintiff neither paid the required filing fee for this civil action nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1). Plaintiff must pay the full filing fee or file a complete application to proceed *in forma pauperis* to continue with this action. *See* 28 U.S.C. § 1914(a).

The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until February 3, 2025**, to either pay the full $405 filing fee or file: (1) a completed application to proceed *in forma pauperis* with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same, and to retain the complaint and exhibits (ECF Nos. 1-1, 1-2) but not file them at this time.

DATED: December 4, 2024

_____
UNITED STATES MAGISTRATE JUDGE