UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YOANDY M. FERNANDEZ,

               Plaintiff

   v.

OAKMAN, et al.,

             Defendants

Case No. 3:24-cv-00551-ART-CLB

ORDER

      This matter is before the Court on Plaintiff Yoandy M. Fernandez's motion to obtain a Spanish translator for his inmate early mediation conference. (ECF No. 11). The Court finds good cause to grant the motion.

      It is therefore ordered that the motion to obtain a Spanish translator (ECF No. 11) is granted. The Court's inmate coordinator will arrange for a Spanish translator to be available at Plaintiff's inmate early mediation conference.

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE